**HORTON, OBERRECHT & KIRKPATRICK**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Ckirkpatrick@hortonfirm.com
3 Park Plaza, Suite 350
Irvine, CA 92614
PH:  (949) 251-5100
FX:  (949) 251-5104
Attorneys for Defendant Target Corporation,
A Minnesota Corporation, *erroneously sued and served as*
Target Stores, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BRITTNEY LINARES,<br><br>                    Plaintiff,<br><br>v.<br><br>TARGET STORES, INC.; and DOES 1 to 25,<br><br>                    Defendants. | **CASE NO.  8:21-cv-00651-CJC-KES**<br><br>**Assigned to Hon. James V. Selna, Judge**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONFERENCE**<br><br>[Local Rule 16-15.7] |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties, through the efforts of mediator John Shaw, have reached settlement in the above entitled case.  The parties are currently preparing a written release. Upon completion, the parties will file a stipulation and order for dismissal of the above-entitled, with prejudice, and that each party shall bear its own fees and costs. In the interim, the parties respectfully request that this Court vacate the

///

1

**NOTICE OF SETTLEMENT & STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONF.**

1 | Final Pre-Trial Conference that is currently set for September 26, 2022.

**HORTON, OBERRECHT & KIRKPATRICK**

Dated: September 20, 2022

_____
Cheryl Kirkpatrick, Esq.
Attorneys for Defendant
TARGET CORPORATION


**ACCIDENT LAWYERS FIRM**

Dated: September 20, 2022

_____
Joseph Nazarian, Esq.
Ibrahim Muhtaseb, Esq.
Attorneys for Plaintiff BRITTNEY LINARES

**IT IS SO ORDERED**


Dated: _____    _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2
**NOTICE OF SETTLEMENT & STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONF.**