JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BRITTNEY LINARES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET STORES, INC.; and DOES 1 to 25,<br><br>　　　　　Defendants. | CASE NO. 8:21-cv-00651-JVS-KES<br><br>Assigned to Hon. James V. Selna, Judge<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONFERENCE [23]**<br><br>[Local Rule 16-15.7] |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties, through the efforts of mediator John Shaw, have reached settlement in the above entitled case. The parties are currently preparing a written release. Upon completion, the parties will file a stipulation and order for dismissal of the above-entitled, with prejudice, and that each party shall bear its own fees and costs. In the interim, the parties respectfully request that this Court vacate the

///

---

1

**NOTICE OF SETTLEMENT & STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONF.**

Final Pre-Trial Conference that is currently set for September 26, 2022.

**HORTON, OBERRECHT & KIRKPATRICK**

Dated: September 20, 2022

_____
Cheryl Kirkpatrick, Esq.
Attorneys for Defendant
TARGET CORPORATION

**ACCIDENT LAWYERS FIRM**

Dated: September 20, 2022

_____
Joseph Nazarian, Esq.
Ibrahim Muhtaseb, Esq.
Attorneys for Plaintiff BRITTNEY LINARES

**IT IS SO ORDERED**

Dated:  September 21, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Dismissed without prejudice with sixty days to reopen.  JVS September 21, 2022

**NOTICE OF SETTLEMENT & STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONF.**